# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### NO. 3:19-cv-699-GCM

| | |
|---|---|
| SIA YANG, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **David F. Chermol** (Doc. No. 7), which was filed February 20, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Chermol is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Sia Yang.

**IT IS SO ORDERED.**

Signed: February 24, 2020

Graham C. Mullen
United States District Judge